AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of Illinois

| | |
|---|---|
| NBCUniversal Media, LLC<br><br>*Plaintiff(s)*<br>v.<br><br>The Partnerships and Unincorporated Associations<br>Identified on Schedule "A"<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  26-cv-02540

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A2FM04T9IJF2GM and all other Defendants identified in the Complaint

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison, Suite 2100
Chicago, IL 60606

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

*Signature of Clerk or Deputy Clerk*

Date: March 13, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-02540

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Luana Faria de Souza, Attorney of Record

was received by me on *(date)*          03/23/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I, or someone working under my direction, electronically published the Complaint, Summons, the TRO, and other relevant documents on a website. I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in Exhibit A attached hereto that includes an attachment of relevant documents and a link to said website.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     03/23/2026

Luana Faria de Souza

Digitally signed by Luana Faria de Souza
Date: 2026.03.23 13:37:32 -05'00'

*Server's signature*

Luana Faria de Souza, Attorney of Record

*Printed name and title*

200 West Madison, Suite 2100
Chicago, IL 60606

*Server's address*

Additional information regarding attempted service, etc: