**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NBCUNIVERSAL MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 26-cv-02540<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Young B. Kim** |

**DECLARATION OF SERVICE**

I, Luana Faria de Souza, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff NBCUniversal Media, LLC ("Plaintiff" or "NBCUniversal"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On March 12, 2026, this Court entered an Order [23] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Summons, the Temporary Restraining Order (the "TRO"), and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant.

1

3. I hereby certify that on March 23, 2026, I, or someone working under my direction, electronically published the Complaint, Summons, the TRO, and other relevant documents on a website.

4. I hereby certify that on March 23, 2026, I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in **Exhibit A** attached hereto that includes an attachment of relevant documents and a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March 2026, in Chicago, Illinois.

/s/ Luana Faria de Souza
Luana Faria de Souza
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
lfaria@gbc.law

*Counsel for Plaintiff NBCUniversal Media, LLC*

2