# Exhibit A

| | |
|---|---|
| caoyuanhuiju | 18617720322@163.com |
| BLDesign | baoliem029@gmail.com |
| henanmengzhanjianzhulaowu | dongyingbin000@outlook.com |
| A2FM04T9IJF2GM | oqnf0370@outlook.com |
| chengyanzhuangshigongcheng | shengdmd2760@outlook.com |
| hefeifuxiangyouzhiyouxiangongsi | taoxianglong45488@outlook.com |
| Dear Cash | wanjie03052024@163.com |
| dinganyaodanxinshangmaoyouxiangongsi | xinxoauiwd5261@163.com |
| Havenly Living | sevendcaskifhsi@outlook.com |
| Levercat | 105511117@qq.com |
| Lamondcut | 105511117@qq.com |
| LER Small shop | 13605995412@163.com |
| LOHOIVES | 1362352388@qq.com |
| JJ cloth | 13631174188@163.com |
| Lifen shop | 137295190@qq.com |
| LongG one | 13908065639@163.com |
| linnnnnxionggggg | 1421359158@qq.com |
| Joyself Shop | 1466345241@qq.com |
| KaleidoCups | 15105912766@163.com |
| June Pomegranate | 15260902217@163.com |
| LITTLEBIT CANDEL | 157400674@qq.com |
| lin qingbingqingbing | 15860042662@163.com |
| Lizzie Sherman | 1640633696@qq.com |
| Kerantears | 16602766870@163.com |
| pra | 17671613730@163.com |
| Goods Supply | 17701941182@163.com |
| LLiangShaoA | 17754912644@139.com |
| Garomms | 17759567188@163.com |
| L The art of beckoning | 1798177817@qq.com |
| LIDSFDV | 18150657085@163.com |
| LMRBWRM | 18174144862@163.com |
| AntennaATextiles | 18198576224@163.com |
| DelicateATextiles | 18198624195@163.com |
| linyoooofuuuuu | 18250504473@163.com |
| CONISI DTUS | 18491808@qq.com |
| LINzanmo | 18558977980@163.com |
| Candy in summer | 18902685446@163.com |
| Islefu | 19171157750@163.com |
| Life is like a cheerful stream | 19739056532@wo.cn |
| Kingdo mug | 19739099906@163.com |
| Jun Jun Start Shop | 1977043274@qq.com |

| | |
|---|---|
| Fashion Brooches | 2200172343@qq.com |
| KunkunhappyH | 2290707779@qq.com |
| jingjingbei | 2397767233@qq.com |
| Fashionista warehouse local | 2424406460@qq.com |
| JJ CANVAS PAINTING | 2824715113@qq.com |
| Bluonel | 3346461651@qq.com |
| LH excellent A | 3880149824@qq.com |
| Ethereal Garb | 417079101@QQ.COM |
| Lin Mug Mug | 453794096@qq.com |
| FANGYUXI | 476144451@qq.com |
| L G F | 487079109@qq.com |
| Jun Yu Trading | 492743434@qq.com |
| linyuhuang | 495561175@qq.com |
| Latuhot | 502767207@qq.com |
| LMQ Fashion | 544431305@qq.com |
| LECHAONANZHUANG | 544431305@qq.com |
| JND Wear | 61517740@qq.com |
| lilishishangjiaju | 695915162@qq.com |
| Lonely mug | 859064927@qq.com |
| JC K Dora | 87969788@qq.com |
| Kitylemo office | 896480082@qq.com |
| L Mastercard | 907202534@qq.com |
| JXYGM SHOP | 919137171@qq.com |
| JXYTWO SHOP | 919137171@qq.com |
| LEMON MEN SHIRT | 954612598@qq.com |
| G Womans wardrobe | a18988990168@163.com |
| E My FashionQueen | a87969788@outlook.com |
| JIHUI K | a964153046@163.com |
| Joyfinity Hats | buddyhktm@thinks.life |
| KK Peace | cihnnkfki64763@outlook.com |
| LinenLyric | csx15060386426@weonnr.com |
| kuasix | fanxiyao777@163.com |
| hugfunny | GeikrAMZStore@outlook.com |
| keepfunny | GeikrAMZStore@outlook.com |
| KANGZHONGJU CLOTHING | gkwr094@163.com |
| Greathats | hqtc002@163.com |
| KX Designer | huanglizhong99@vip.qq.com |
| JJ HATS | l15105918633@163.com |
| JIANPG | l3232911699@163.com |
| josid | ljj15906061137@qq.com |
| KOMORE K | ll17679969229@163.com |

| | |
|---|---|
| Liang DIY Home | lxrdalong456@163.com |
| Even GG | NormaWebbe0227@outlook.com |
| Jungle MM | oezxaeuqp91917@outlook.com |
| GraffitiGrid | pengxiang418@126.com |
| Lololly | qywb2008@163.com |
| Butter CC | rjyhrozbv80272@outlook.com |
| Faadajjk | rvzu49@163.com |
| Cx vibeGoods Market | sales@cncrownstar.com |
| Left joy | temu001001001@163.com |
| JTLAI | werty789456q@163.com |
| JiaYiJiaXuan | wsr2010wsr@163.com |
| CCGCCK | wushirong181@gmail.com |
| JJ Peace | wwifhcsia11528@outlook.com |
| Life carries laughter and joy | xiaoqing10007@2980.com |
| LifeMug Studio | yjf55668899@163.com |
| Day Day Good Good | Z15160288862@163.com |
| | xueni@yingkelawyer.com; nixuesydney@gmail.com |
| | Lucy-Tro@outlook.com |
| | shelly@cheng-ip.com |